GUSSIE WERGER, as Administratrix, etc., of JACK WERGER, Deceased, Respondent, v. MEIER KAHANER, Appellant, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ROBERT WOLFE, Respondent, v. THE BROOKLYN NATIONAL LEAGUE BASEBALL CLUB, INC., Appellant.— Judgment and order denying new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

SUSIE WOOLF, Respondent, v. DANIEL WOOLF, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

DIAMANDO GOTSOPOULOS, an Infant, etc., Respondent, v. SAMUEL GOTTLIEB, Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

TONY GOTSOPOULOS, Respondent, v. SAMUEL GOTTLIEB, Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

MAURICE W. METZLER, Respondent, v. ISAAC REGENSBURG, Appellant.— Motion for stay of examination denied, without costs, and stay vacated. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur. Settle order fixing time and place for examination on notice.

NICOSIA BROTHERS COMPANY, a Domestic Corporation, and Others, Respondents, v. HARRY DANZIGER and Others, Appellants.— Motion for stay denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

CHESTER G. PAIGE, Respondent, v. THOMAS J. POWERS, Appellant.— Motion for reargument denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MAX W. AMBERG and Another, Appellants, v. WALTER C. ALLEN, Respondent.— Judgment unanimously affirmed, with costs. When this case was before us upon the former appeal (*Amberg* v. *Allen*, 207 App. Div. 571) we reversed a judgment entered upon a nonsuit rendered at the close of the plaintiffs' case. The record contained plaintiffs' version of the transaction only, which in our opinion called for an explanation by the defendant. On the retrial there was offered by the defendant evidence believed by the learned trial court which supports his conclusion that the stock purchased by the plaintiffs was not the defendant's stock or stock in which he had an interest or right of purchase. The court also found that the defendant made no misrepresentation or false statements to the plaintiffs and that he had purchased the stock in question for the plaintiffs precisely as he had been instructed to do and that title to the stock vested instantly in the plaintiffs. The court further found that there was absolutely no fraud in the entire transaction on the part of the defendant and that the plaintiffs were simply endeavoring to saddle the loss from their own speculation on the defendant. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

AUSTIN REALTY CO., INC., Appellant, v. KEW GARDENS CORPORATION and Another, Respondents.— Order denying motion for injunction *pendente lite* affirmed, with ten dollars costs and disbursements. We express no opinion on the merits of this case, but, following our usual procedure, we will not interfere with the discretion of the Special Term justice in denying the injunction. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.